FRANKLIN M. NICHOLL, Respondent, v. MOSES LEVI and BERTHOLD LEVI, Defendants, and CLIFFORD V. C. COMFORT, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN W. CONDON, JR., an Infant, etc., Respondent, v. WALTER SCHMIDT and Another, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN W. CONDON, SR., Respondent, v. WALTER SCHMIDT and Another, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE A. B. SMITH CHEMICAL COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Argument of appeal put over present term of court, upon condition that in case of affirmance interest on the award shall be allowed to date of argument of the appeal. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of WILLIAM M. FARRELL and Another for the Removal of FRANK C. PIETROWSKI from Certain Premises in the County of Erie.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs on appeal by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HERRING-CURTISS COMPANY, Appellant, v. GLENN H. CURTIS and Others, Respondents.— Motions to dismiss appeals granted, unless appellant shall file and serve printed papers and printed briefs on appeal by June fifteenth. Present — Hubbs, P. J., Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CANADIAN FUR TRAPPERS CORPORATION, Appellant.— Time for argument of appeal enlarged to and including first week of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of WILLIAM E. PRENTICE, an Attorney and Counselor at Law.— Issues raised by petition and answer referred to Hon. Charles A. Pooley, official referee, and the district attorney of Wyoming county designated to prosecute the proceeding. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE CITY OF UTICA, Appellant, v. TONY HANNA, Respondent.— Order reversed on the law, with ten dollars costs, and motion denied, with ten dollars costs, on the authority of *City of Yonkers* v. *Federal Sugar Refining Co.* (221 N. Y. 206) and *Herkimer Lumber Co.* v. *State* (196 App. Div. 708). All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

IDA W. FORAN, Respondent, v. LUDWIG W. LEISNER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ERIE RAILROAD COMPANY, Respondent, v. BUFFALO AND LACKAWANNA TRACTION COMPANY and GEORGE BULLOCK, as Receiver, etc., Appellants.— Motion for reargument denied, motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.